UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ST. LOUIS CARDINALS, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) No. 4:07-CV-473 (CEJ) |
| DOUGLAS J. LEWIS d/b/a STL Products, | ) |
| Defendant. | ) |

**ORDER**

**IT IS HEREBY ORDERED** that the Rule 16 Scheduling Conference is reset on **May 10, 2007**, at **9:45 a.m.**, in the chambers of the undersigned.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of April, 2007.